UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

WALKER                                          Docket Number: 12 CV 3940 (RJS)

          -against-                        NOTICE OF ASSIGNMENT

VLC NOLITA
--------------------------------------------------------

       The above-entitled action is:

[   ] Declined by Hon.
       As  [   ]Related/ [   ] Similar to case #:

[   ] Assigned to the Hon.
     [   ] Designated / [   ] Redesignated Hon.                      ,Magistrate Judge

[X   ] Accepted by Hon. RICHARD J. SULLIVAN (RJS)        as [ X   ] Related/ [   ] Similar
                         to case #:12 CV 3712
     [ X ] Designated  [   ] Redesignated Hon.  DEBORAH C. FREEMAN (DCF),
     Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket
number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice
of Assignment on all defendants.

                                   Ruby J. Krajick
                                   Clerk of Court

 Dated: 05/30/2012                              By:      PHYLLIS ADAMIK
                                      Deputy Clerk