UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Kafele Walker, on behalf of himself and on behalf of all other similarly situated person,<br><br>         Plaintiff,<br><br>    v.<br><br>VLC Nolita LLC, VLC Union Square, LLC, VLC Upper West LLC, VLC West Village LLC, Andres Mier Y Teran, Alfred Mier Y Teran, and Carlos Mier Y. Teran,<br><br>         Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   12-CV-03940 (RJS) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### **DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendants, VLC Nolita LLC, VLC Union Square, LLC, VLC Upper West LLC, VLC West Village LLC (together, the "Corporate Defendants") and Andres Mier Y Teran, Alfred Mier Y Teran, Carlos Mier Y Teran, and Marco Shalma hereby states that no publicly traded company owns more than 10% of the Corporate Defendants.

Dated: New York, New York
    July 25, 2012

                 Respectfully submitted,

                 SEYFARTH SHAW LLP


                 By_____s/_____
                   Jeremi L. Chylinski

                 620 Eighth Avenue, 32nd Floor
                 New York, New York 10018-1405
                 (212) 218-5500

                 *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2012, I caused to be served a true and correct copy of the foregoing Defendants' Fed. R. Civ. P. 7.1 Disclosure Statement via ECF on the following counsel for Plaintiff:

> Shaffin A. Datoo
> Thompson Wigdor LLP
> 85 Fifth Avenue
> New York, NY 10003
> (212) 257-6800
> *Attorney for Plaintiffs*

>                 s/
>      Jeremi L. Chylinski

14698899v.1