UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KAFELE WALKER,

        Plaintiff,

v.

VLC NOLITA LLC, VLC UNION SQUARE LLC,
VLC UPPER WEST LLC, VLC WEST VILLAGE
LLC, ANDRES MIER Y TERAN, ALFRED MIER Y
TERAN, CARLOS MIER Y TERAN and MARCO
SHALMA, in their official and individual capacities,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 12 Civ. 3940 (RJS)

ECF Case

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John T. DiNapoli of the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel for Defendants VLC Nolita LLC, VLC Union Square LLC, VLC Upper West LLC, VLC West Village LLC, Andres Mier y Teran, Alfred Mier y Teran, Carlos Mier y Teran, and Marco Shalma in the above-captioned matter.

Dated: April 5, 2013
       New York, New York

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ John T. DiNapoli
      John T. DiNapoli

620 Eighth Avenue
New York, New York 10018-1405
Phone: (212) 218-3355
Fax: (917) 344-1187
jdinapoli@seyfarth.com

*Attorneys for Defendants*

15443617v.1